JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Indy10 Black Lives Matter ;
**County of Residence:** Marion County

**Defendant(s):**
First Listed Defendant:
The City of Indianapolis ;
**County of Residence:** Marion County

Additional Plaintiff(s):
Bre Robinson ;
Asiah Bassett ;
Shaniece Lewis ;

**County Where Claim For Relief Arose:** Marion County

**Plaintiff's Attorney(s):**
Kenneth J. Falk ( Indy10 Black Lives Matter)
ACLU of Indiana
1031 E. Washington
Indianapolis, Indiana 46202
**Phone:** 317-635-4059
**Fax:** 317-635-4105
**Email:** kfalk@aclu-in.org

Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, Indiana 46202
**Phone:** 317-635-4059
**Fax:** 317-635-4105
**Email:** grose@aclu-in.org

**Defendant's Attorney(s):**
Office of Corporation Counsel ( The City of Indianapolis)

Room 1601 - 200 E. Washington St.
Indianapolis, Indiana 46204
**Phone:** 317-327-4055
**Fax:**
**Email:**

Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, Indiana 46202
**Phone:** 317-635-4059
**Fax:** 317-635-4105
**Email:** spactor@aclu-in.org

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 42 USC s. 1983 - Defendant's officers, agents, and employees violent reaction to plaintiffs' peaceful protest activities violates the First and Fourth Amendments.

**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Kenneth J. Falk

**Date:** June 18, 2020

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.