UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDY 10 BLACK LIVES MATTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-CV-01660-JMS-DLP |
| CITY OF INDIANAPOLIS, | ) ) | |
| Defendant. | ) | |

**Order**

The parties having filed their Stipulation to Dismiss with Prejudice and the Court having reviewed the filing hereby acknowledges that this case is DISMISSED with prejudice, with each party to pay its own costs and attorneys' fees [62].

Date: 12/14/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

To:    All ECF-registered counsel of record